IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:25-cr-00005 |
| MICHAEL JAIME INOFUENTES, ) | The Honorable Patricia T. Giles |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT INOFUENTES' UNOPPOSED MOTION
TO CONTINUE THE JULY 2, 2025 HEARING**

Defendant Michael Inofuentes, by and through undersigned counsel, respectfully moves the Court to reschedule the July 2, 2025 hearing on Defendant's pending motion to suppress and motion for a bill of particulars ("Hearing"). The Hearing was initially set for June 11, 2025 but was reset by the Court to July 2, 2025. *See* Minute Order, June 2, 2025. The government does not oppose this motion.

Defendant Inofuentes' motion to suppress relates to the decision by HSI to conduct a warrantless "border search" of his iPhone upon his entry at Miami International Airport. Resolving that motion will require testimony from at least one HSI agent.[1] Such testimony would require travel for the agent, who is based in Florida.

Defendant Inofuentes also plans to file a separate motion to suppress his custodial interview in Miami based on Fifth Amendment violations. That motion will also require, at a minimum, the testimony of the same HSI agent.

---

[1] The government and Defendant currently dispute the need for additional testimony from other agents but hope to resolve this dispute without the Court's intervention.

1

To avoid repeated travel for out-of-state government witnesses, Mr. Inofuentes therefore requests that the Court reset the July 2, 2025 Hearing. This resetting would allow the second motion to suppress to be fully briefed and heard at the same hearing as that for the pending motion to suppress based on the border search. Hearing both suppression motions on the same date after July 2, 2025 would therefore serve the interests of judicial economy, avoid unnecessary travel expenses, and is not made for the purpose of delay.

Should the Court reset the date of the Hearing, the parties respectfully propose that the Court hold the new hearing on a date during the week of August 18, 2025 (except for August 21) when all counsel and witnesses are available. A proposed Order is attached.

Dated: June 13, 2025                                    Respectfully submitted,

MICHAEL JAIME INOFUENTES
By Counsel

/s/_____
Nina J. Ginsberg, Esquire
Virginia State Bar No. 19472
Greenspun Shapiro Ginsberg & Yang, PC
3955 Chain Bridge Rd., Fl. 2
Fairfax, VA 22030
Phone: (703) 352-0100
Fax: (703) 591-7268
Email:  njg@greenspunlaw.com


Scott Armstrong, Esquire
McGovern Weems, PLLC
1050 15th Street, Suite 1030, NW
Washington, D.C. 20005
DC Bar No. 993851
(admitted *pro hac vice*)
Telephone: (202) 978-1267
Email: scott@mcgovernweems.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 13th day of June, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

         /s/_____
         Nina J. Ginsberg