IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

SEP 1 2 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-CR-5 |
| v. | Hon. Patricia T. Giles |
| MICHAEL JAIME INOFUENTES, | Trial Date: September 9, 2025 |
| *Defendant*. | |

## VERDICT FORM

### COUNT ONE

With respect to Count One, Sex Trafficking of a Minor:

We, the jury, unanimously find the Defendant, MICHAEL JAIME INOFUENTES:

Not Guilty: _____          Guilty: __✓__

*If you find the defendant Guilty as to COUNT ONE, please indicate whether A and/or B has been proved. If you find the defendant Not Guilty as to COUNT ONE, skip these questions and move to COUNT TWO.*

A. Do you unanimously find the defendant Guilty of the <u>completed offense</u> of Sex Trafficking of a Minor?

Yes __✓__          No _____

B. Do you unanimously find that the defendant Guity of the <u>attempted offense</u> of Sex Trafficking of a Minor?

Yes __✓__          No _____

<u>COUNT TWO</u>

With respect to Count Two, Engaging in Illegal Sexual Conduct in a Foreign Place:

We, the jury, unanimously find the Defendant, MICHAEL JAIME INOFUENTES:

Not Guilty: _____          Guilty: _____ ✓

*If you find the defendant Guilty as to COUNT TWO, please indicate whether A and/or B has been proved. If you find the defendant Not Guilty as to COUNT TWO, skip these questions and conclude your deliberations.*

A.  Do you unanimously find the defendant Guilty of the <u>completed offense</u> of Engaging in Illegal Sexual Conduct in a Foreign Place?

Yes ____✓____          No _____

B.  Do you unanimously find the defendant Guity of the <u>attempted offense</u> of Engaging in Illegal Sexual Conduct in a Foreign Place?

Yes ____✓____          No _____

REDACTED

Foreperson